

# **Memorandum**

| Subject | Date |
|---|---|
| UNSEALING | April 7, 2026 |
| United States v. TIANRUI LIANG<br>8:26MJ133 | |

| To | From |
|---|---|
| Clerk, U.S. District Court<br>District of Nebraska | Matt E. Lierman<br>AUSA |

Be advised that the above named Defendant is now in custody.   You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐     Unseal the Indictment and any underlying Magistrate Judge Case

☐     Unseal the Magistrate Judge Case

☐     Unseal the Indictment but the underlying Complaint and Affidavit should remain

     **Restricted**

☒     Unseal the Magistrate Judge Case but the underlying Complaint and Affidavit should

     remain **Restricted**