IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIANRUI LIANG,<br><br>Defendant. | **8:26MJ133**<br><br><br>**ORDER** |

Defendant Tianrui Liang ("Liang") is a foreign national with a pending visa revocation. He has also been criminally charged with photographing or sketching defense installations in violation of 18 U.S.C. § 795. He was arrested at John F. Kennedy International Airport in New York City, New York, attempting to board a flight leaving the country. Liang was arraigned on April 8, 2026, before Magistrate Judge Kuo in the Eastern District of New York. The United States moved for detention based on Liang being a flight risk. *See* 18 U.S.C. § 3142. The magistrate judge denied the government's motion and ordered Liang released from custody with conditions. The magistrate judge also denied the government's request to stay the detention pending interlocutory appeal.

Now before the Court is the government's Motion for Emergency Stay and for Review of Revocation of a Release Order (Filing No. 6). The Court agrees with the government's argument that Liang is a considerable flight risk. The magistrate judge's April 8, 2026, order granting defendant Tianrui Liang's release on conditions is stayed, pending further proceedings on the government's continued request for detention.

IT IS SO ORDERED.

Dated this 9th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge