IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAY -1  PM 3:02

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TIANRUI LIANG,

Defendant.

8:26MJ133

MOTION TO DISMISS
CRIMINAL COMPLAINT

COMES NOW the Plaintiff, United States of America, and pursuant to Fed. R. Crim. P. 48(a), respectfully requests leave to dismiss, without prejudice, the charges filed in the Criminal Complaint under magistrate case 8:26MJ133, this matter having been subsumed by the filing of an Information in case 8:26CR80.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

CERTIFICATE OF SERVICE

I hereby certify that on _Muy 1_ 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Matt E. Lierman
Assistant U.S. Attorney