IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    vs.<br><br>TIANRUI LIANG,<br><br>                  Defendant. | **8:26MJ133**<br><br><br>**ORDER** |

NOW ON THIS 1st day of May, 2026, this matter is before the Court on the United States' Motion to Dismiss Criminal Complaint (Filing No. 45). The Court, being duly advised in the premises, finds said Motion should be granted.

**IT IS HEREBY ORDERED:**

1. The Complaint filed herein is hereby dismissed, this matter having been subsumed by the filing of an Information in case 8:26CR80, as to the Defendant, Tianrui Liang.

Dated this 1st day of May, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge